Commonwealth *v.* Green, Appellant.

Submitted November 11, 1968. *Anthony C. Troiano,* Assistant Trial Defender, and *George H. Ross,* Director, for appellant; *Charles B. Watkins* and *Carol Mary Los,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Hickox, Appellant.

Submitted November 11, 1968. *G. W. Musser,* for appellant; *W. Thomas Malcolm,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.